■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY DUSHAIN, Appellant. [52 NYS3d 221]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Marc Whiten, J.), rendered December 10, 2015, said appeal having been argued by counsel for the respective parties, due deliberation

having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, J.P., Mazzarelli, Manzanet-Daniels, Webber and Gesmer, JJ.